UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CASSANDRA SELLARDS-RECK,<br><br>　　　　　　　　　Petitioner,<br><br>　　v.<br><br>DAVID SHOOK, et al.<br><br>　　　　　　　　　Respondents. | Case No. C23-5516-MJP-SKV<br><br>ORDER DECLINING TO SERVE<br>HABEAS CORPUS PETITION |

This is a federal habeas action filed under 28 U.S.C. § 2254 and/or 25 U.S.C. § 1303. The Court, having reviewed the petition submitted by Petitioner's counsel, hereby finds that the petition is defective for the following reason:

(1)　The petition has not been signed by Petitioner, nor has Petitioner's counsel provided a proper verification of the petition. The Court therefore declines to Order that the petition be served. Petitioner may either file a signature page for the petition, signed by Petitioner herself, or counsel for Petitioner may verify the petition on behalf of Petitioner, pursuant to LCR 100(e).

ORDER DECLINING TO SERVE
§ 2254 PETITION - 1

The signature page or verification shall be filed not later than **twenty (20) days** from the date on which this Order is signed and shall carry the same case number as the present petition. If Petitioner fails to timely comply with this Order, the Court will recommend dismissal of the petition.

(2) The Clerk is directed to send a copy of this Order to Petitioner's counsel and to the Honorable Marsha J. Pechman.

DATED this 12th day of June, 2023.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER DECLINING TO SERVE
§ 2254 PETITION - 2