UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CASSANDRA SELLARDS-RECK, | CASE NO. C23-5516 MJP |
| Petitioner, | ORDER OF DISMISSAL |
| v. | |
| DAVID SHOOK, et al., | |
| Repsondents. | |

Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, noting the lack of any objections or responses thereto, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Petitioner's petition for writ of habeas corpus is DENIED without an evidentiary hearing, and this action is DISMISSED with prejudice.

(3) A certificate of appealability is not included.

\\

ORDER OF DISMISSAL - 1

1   The clerk is ordered to provide copies of this order to all counsel and to Judge Vaughan.

2   Dated December 7, 2023.

*[signature]*

Marsha J. Pechman
United States Senior District Judge